**IT IS SO ORDERED.**

 s/*Pamela A. Barker*
**PAMELA A. BARKER,**
**U.S. DISTRICT JUDGE**

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### CLEVELAND DIVISION

| | |
|---|---|
| IFEANYI OGONNA EKPUNOBI | |
| PLAINTIFF, | |
| v. | |
| MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; | No.  1:26-cv-926 |
| JOSEPH B. EDLOW, in his official capacity as Director of U.S. Citizenship and Immigration Services; | |
| CARRIE M. SELBY, Acting Associate Director, Service Center Operations Directorate | |
| DEFENDANTS. | |

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff, in accordance with Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, and hereby enter this Voluntary Dismissal of this action Without Prejudice as to all parties and all claims.  All parties shall bear their own costs, attorney's fees, and expenses.

Respectfully submitted,